## SECOND DEPARTMENT, JANUARY, 1925.

DOMENICO ALBANO and Another, as Administrators, etc., Respondents, v. MEDITERRANEAN STEVEDORING COMPANY and Another, Appellants, Impleaded with Another, Defendant.— Motion for reargument denied.  Motions for leave to appeal to the Court of Appeals denied.  Motions for stay granted for thirty

days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.